# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 28, 2006*

[Cite as *04/28/2006 Case Announcements*, 2006-Ohio-2065.]

## DISCIPLINARY CASES

**2005–0750.  Columbus Bar Assn. v. Ross.**
This matter came on for further consideration upon the filing of a motion by respondent for extension of time to pay costs.  Upon consideration thereof,
    IT IS ORDERED by this court that the motion is denied.